# Court of Appeals
# of the State of Georgia

ATLANTA,___June 29, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0435. IN THE INTEREST OF: A. B., A. B., AND C. B., CHILDREN (MOTHER).**

The mother of seven-year-old A. B., four-year-old A. B., and two-year-old C. B. filed this application for discretionary appeal from the trial court's order denying her motion for new trial in this termination of parental rights case. However, the mother has failed to include either a copy of the order terminating her parental rights or a copy of her motion for new trial. Thus, we are unable to ascertain whether the mother's motion was timely filed and tolled the time for filing the application.

An application is timely if it is filed within 30 days of the entry of the order the applicant seeks to appeal. OCGA § 5-6-35 (d). In order for this Court to have jurisdiction, an application for discretionary appeal must be timely filed. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Although a motion for new trial may extend the time in which appellate relief may be sought, such motion must also be filed within 30 days of the entry of judgment. OCGA § 5-5-40 (a); OCGA § 5-6-35 (d). An untimely motion for new trial is void and does not toll the time for filing the application. See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990).

As the applicant, the mother bears the burden of demonstrating that her application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). As part of this burden, she must "include a copy of any petition or motion which led directly to the order or judgment being appealed . . . ." OCGA § 5-6-35 (c); Court of Appeals Rule 31 (b). Here, by omitting from her application the trial court's order terminating her parental rights and her motion for new trial, the mother has failed to demonstrate that this Court has jurisdiction to consider her application. Thus,

this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* _____06/29/2016_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____, *Clerk.*